Civil Cover Sheet

Section I. (c) Attorneys (*firm name, address, and telephone number*):

Shen Wang
Hao Tan
Haoyi Chen (*pro hac vice* application to be sought)
Zhangyuan Ji
ARCH & LAKE LLP
203 North LaSalle Street, Suite 2100
Chicago, IL 60601
636-236-5390 (Shen Wang)
312-375-9408 (Hao Tan)
346-335-9890 (Haoyi Chen)
773-680-9572 (Zhangyuan Ji)