# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| JUNZHOU HUANG,<br><br>          Plaintiff,<br><br>v.<br><br>Partnerships and Unincorporated Associations identified in Schedule A<br><br>          Defendants. | Case No.: 1:22-cv-00809<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF'S *EX PARTE* MOTION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER, INCLUDING A TEMPORARY INJUNCTION, A TEMPORARY ASSET RESTRAINT, EXPEDITED DISCOVERY AND FOR ALTERNATIVE SERVICE

Plaintiff Junzhou Huang ("Plaintiff") seeks entry of an *ex parte* temporary restraining order, including a temporary injunction against Defendants enjoining infringement of Plaintiff's design patent, a temporary asset restraint, an expedited discovery, and for alternative service in an action arising out of 35 U.S.C. § 271. A Memorandum of Law in Support is filed concurrently with this Motion.

Dated: February 22, 2022

          */s/* Zhangyuan Ji
            Shen Wang (ILND Bar No. 6314224)
            Hao Tan (ILND Bar No. 6314119)
            Haoyi Chen (*pro hac vice* application to be sought)
            Zhangyuan Ji (ILND Bar No. 6336107)
            ARCH & LAKE LLP
            203 North LaSalle Street
            Suite 2100
            Chicago, Illinois 60601

636-236-5390 (Shen Wang)
312-375-9408 (Hao Tan)
346-335-9890 (Haoyi Chen)
773-680-9572 (Zhangyuan Ji)
shenwang@archlakelaw.com
haotan@archlakelaw.com
haoyichen@archlakelaw.com
ellen@archlakelaw.com

*Counsel for Plaintiff*