

| Design Patent D912,763 | Infringing Product: 1, Moobona B085G7R514 |
| Design Patent D912,763 | Infringing Product: 2, Noodoky B0983T3S6K |
| Design Patent D912,763 | Infringing Product: 3，Noodoky B088D1R52N |
| Design Patent D912,763 | Infringing Product: 4，Allxin   B08K7PS4HB |

| Design Patent D912,763 | Infringing Product: 5，Allxin　B08K7NXXD9 |
|---|---|
| | |
| Design Patent D912,763 | Infringing Product: 6，Allxin　B088691CNG |
| | |
| Design Patent D912,763 | Infringing Product: 7，Allxin　B0885Q5TPX |
| | |
| Design Patent D912,763 | Infringing Product: 8，Allxin　B0886715MP |
| | |





| Design Patent D912,763 | Infringing Product: 9，Allxin　B0886CQ7PH |
| Design Patent D912,763 | Infringing Product:10，PANDOLA　B07ZNCNDJ7 |
| Design Patent D912,763 | Infringing Product:11，PANDOLA　B08L54L6FH |
| Design Patent D912,763 | Infringing Product:12，PANDOLA　B07ZNCLCXF |

| Design Patent D912,763 | Infringing Product:13，FITENECTED B08Q7JMSYF |
|---|---|
|  |  |
| Design Patent D912,763 | Infringing Product:14，FITENECTED B08Q84T6R2 |
|  |  |
| Design Patent D912,763 | Infringing Product:15，FITENECTED B08Q7SZ7DK |
|  |  |
| Design Patent D912,763 | Infringing Product:16，ITIDYHOME B0837NQ7HH |



| | |
|---|---|
| Design Patent D912,763 | Infringing Product:17，ITIDYHOME    B083FFQJN7 |
| Design Patent D912,763 | Infringing Product:18，Myra Parker    B088FK11SX |
| Design Patent D912,763 | Infringing Product:19，MAFLY    B07L85YWQV |
| Design Patent D912,763 | Infringing Product:20，IKDAY    B07R4WJRRD |



| Design Patent D912,763 | Infringing Product:21，IKDAY　B089SJSZ7F |
| Design Patent D912,763 | Infringing Product:22，Lxiyu　B085BNLWCQ |
| Design Patent D912,763 | Infringing Product:23，Lxiyu　B085BNQHJF |

| Design Patent D912,763 | Infringing Product:24，FUNVOLUTION B095MV9PNQ |
|---|---|
|  |  |
| Design Patent D912,763 | Infringing Product:25，FUNVOLUTION B08Y7T85JT |
|  |  |
| Design Patent D912,763 | Infringing Product:26，Rarloner　B07JH5236M |
|  |  |
| Design Patent D912,763 | Infringing Product:27，Rarloner　B07YP47DZG |



| | |
|---|---|
| Design Patent D912,763 | Infringing Product:28，Sindello　B07RKMCXX6 |
| Design Patent D912,763 | Infringing Product:29，Zenesty　B07TV3L616 |
| Design Patent D912,763 | Infringing Product:30，WHFTC　B08R17PY6C |



| Design Patent D912,763 | Infringing Product:31，WHFTC B08R19L3Q2 |
| --- | --- |
| Design Patent D912,763 | Infringing Product:32，WHFTC B08R15TDPX |
| Design Patent D912,763 | Infringing Product:33，WHFTC B08R17KJSS |
| Design Patent D912,763 | Infringing Product:34，PK.ZTopia B082CVL6BX |
| Design Patent D912,763 | Infringing Product:35，Guarm B091P37GMK |



| Design Patent D912,763 | Infringing Product:36，Guarm B091NV6531 |
| Design Patent D912,763 | Infringing Product:37，Guarm B091NYLHC8 |
| Design Patent D912,763 | Infringing Product:38，Guarm B091NY694Y |
| Design Patent D912,763 | Infringing Product:39，Kwyder B085M782BD |



| | |
|---|---|
| Design Patent D912,763 | Infringing Product:40，Kwyder    B07RM1WT79 |
| Design Patent D912,763 | Infringing Product:41，Kwyder    B08N4939CR |
| Design Patent D912,763 | Infringing Product:42，YAMOZOM    B0856W7Z5M |
| Design Patent D912,763 | Infringing Product:43，YAMOZOM    B08HL7TW61 |



| Design Patent D912,763 | Infringing Product:44，BODLRY　B08XW2C9VP |
| Design Patent D912,763 | Infringing Product:45，hxllxh　B09FL5DHZB |
| Design Patent D912,763 | Infringing Product:46，SEGMINISMART B082TT9W9B |
| Design Patent D912,763 | Infringing Product:47，TUBELLUS　B097B1KYRR |



| | |
|---|---|
| Design Patent D912,763 | Infringing Product:48，MyfatBOSS B07Q4W8WM4 |
| Design Patent D912,763 | Infringing Product:50，Qksky　B09JBM7JC1 |
| Design Patent D912,763 | Infringing Product:51，Qksky　B09JBHR19M |
| Design Patent D912,763 | Infringing Product:52，Qksky　B09JBHBBM8 |



| | |
|---|---|
| Design Patent D912,763 | Infringing Product:53，MMWW　B09J558361 |
| Design Patent D912,763 | Infringing Product:54，MY99 USFITEQ B09J4VG5V6 |
| Design Patent D912,763 | Infringing Product:55，MY99 USFITEQ B09J4VNYZF |

| Design Patent D912,763 | Infringing Product:56，Ameagry    B099WB5JRX |
|---|---|
|  |  |
| Design Patent D912,763 | Infringing Product:57，Ameagry    B099WHGWS4 |
|  |  |
| Design Patent D912,763 | Infringing Product:58，DQ-Walker  B09GVVV53M |
|  |  |
| Design Patent D912,763 | Infringing Product:59，DQ-Walker  B09GVV91WX |
|  |  |

| Design Patent D912,763 | Infringing Product:60，DQ-Walker B09GVTQGCD |
|---|---|
|  |  |
| Design Patent D912,763 | Infringing Product:61，DQ-Walker   B09GVV84G1 |
|  |  |
| Design Patent D912,763 | Infringing Product:62，OBOB   B08LFMXB4T |
|  |  |
| Design Patent D912,763 | Infringing Product:63，iRhodesy   B09BCZJF3F |
|  |  |
| Design Patent D912,763 | Infringing Product:64，Shipenophy   B09KXLVX26 |



| | |
|---|---|
| Design Patent D912,763 | Infringing Product:65，DGHAOP　B09KNDQXF5 |
| Design Patent D912,763 | Infringing Product:66，Haoduo　B09CK9Q96D |
| Design Patent D912,763 | Infringing Product:67，Xuniea　B096VK16JP |
| Design Patent D912,763 | Infringing Product:68，Wadoy　B09D3B2PNG |



| Design Patent D912,763 | Infringing Product:69，PPH-Sisy B09JNTWLVK |
| Design Patent D912,763 | Infringing Product:70，Bigqin B0936Z9RVK |
| Design Patent D912,763 | Infringing Product:71，Pugrwei B098DHQQP9 |
| Design Patent D912,763 | Infringing Product:72，ANPETBEST B09GVJ397D |



| | |
|---|---|
| Design Patent D912,763 | Infringing Product:73，LISM B08ZJ1394X |
| Design Patent D912,763 | Infringing Product:74，GOULIAN B09MFF448Y |
| Design Patent D912,763 | Infringing Product:75，DOEKGE B09MF873DF |



| | |
|---|---|
| Design Patent D912,763 | Infringing Product:76，Irishom　B098SX91PS |
| Design Patent D912,763 | Infringing Product:77，Hovico　B093BFS4W2 |
| Design Patent D912,763 | Infringing Product:78，PURIMADE B08CGNYZ7R |
| Design Patent D912,763 | Infringing Product:79，NEIQII　B08Z6TSQ8N |



| Design Patent D912,763 | Infringing Product:80，SUPPETS　B098Q8ZFDJ |
| Design Patent D912,763 | Infringing Product:81，TEBALO　B0948JVMG8 |
| Design Patent D912,763 | Infringing Product:82，petizer　B0982FSNSB |
| Design Patent D912,763 | Infringing Product:83，Breeze Touch B08LGSPDYD |



| Design Patent D912,763 | Infringing Product:84，YIONEE    B09H4FDDKV |
| Design Patent D912,763 | Infringing Product:85，YIONEE    B09H4D36M2 |
| Design Patent D912,763 | Infringing Product:86，YIONEE    B09H4FGFXN |
| Design Patent D912,763 | Infringing Product:87，YIONEE    B09H4CN12P |



| | |
|---|---|
| Design Patent D912,763 | Infringing Product:88，GLOGLOW　B09L5NLWT8 |
| Design Patent D912,763 | Infringing Product:89，Mascota　B097SY41C2 |
| Design Patent D912,763 | Infringing Product:90，Giantwow　B09C8798LP |

| | |
|---|---|
|  |  |
| Design Patent D912,763 | Infringing Product:91，PK.ZTopia<br>'393652911337 |
|  |  |
| Design Patent D912,763 | Infringing Product:92，MOOBONA<br>'353716540278<br>无货物 |
|  |  |
| Design Patent D912,763 | Infringing Product:93，PK.ZTopia<br>'384423814083<br>无货物 |



| | |
|---|---|
| Design Patent D912,763 | Infringing Product:94，Lxiyu    '384438269910<br>无货物 |
| Design Patent D912,763 | Infringing Product:95，SEGMINISMART<br>'144245625149 |
| Design Patent D912,763 | Infringing Product:96，Kwyhber    '384462308657<br>无货物 |



| | |
|---|---|
| Design Patent D912,763 | Infringing Product:97，Allxin　'384462309758<br>无货物 |
| Design Patent D912,763 | Infringing Product:98，Catit　'124983602926 |
| Design Patent D912,763 | Infringing Product:99，BODLRY　'393626352464<br>无货物 |



| | |
|---|---|
| Design Patent D912,763 | Infringing Product:100，Sindello    '393626352145<br>无货物 |
| Design Patent D912,763 | Infringing Product:101，Guarm    '393626351789<br>无货物 |
| Design Patent D912,763 | Infringing Product:102，Kwyder    '393626355511<br>无货物 |



| Design Patent D912,763 | Infringing Product:103，nnnn    '393626342711<br>无货物 |
| Design Patent D912,763 | Infringing Product:104，MyfatBOSS<br>'393626343459<br>无货物 |
| Design Patent D912,763 | Infringing Product:105，TEBALO    '393626344462<br>无货物 |



| | |
|---|---|
| Design Patent D912,763 | Infringing Product:106，Rarloner '393626331416<br>无货物 |
| Design Patent D912,763 | Infringing Product:107，Pure Pet Bliss '393626322144<br>无货物 |
| Design Patent D912,763 | Infringing Product:108，DOSNTO '265326302519<br>无货物 |



| Design Patent D912,763 | Infringing Product:109，JINLANKONTIAO '313705228362<br>无货物 |
|---|---|
| Design Patent D912,763 | Infringing Product:110，VISCAL   '115049860670<br>无货物 |
| Design Patent D912,763 | Infringing Product:111，Zenesty    '284511600311<br>无货物 |



| | |
|---|---|
| Design Patent D912,763 | Infringing Product:112，electronicstore29<br>'304208339061<br>无货物 |
| Design Patent D912,763 | Infringing Product:113，parts-master-direct<br>'255196268551<br>无货物 |
| Design Patent D912,763 | Infringing Product:114，parts-master-direct<br>'254834357648 |



| | |
|---|---|
| Design Patent D912,763 | Infringing Product:115，TEBALO    '124950763865<br>无货物 |
| Design Patent D912,763 | Infringing Product:116，Rarloner<br>'124950758925<br>无货物 |
| Design Patent D912,763 | Infringing Product:117，MOOBONA<br>'185097115075<br>无货物 |



| Design Patent D912,763 | Infringing Product:118，YAMOZOM<br>'185097057971<br>无货物 |
| Design Patent D912,763 | Infringing Product:119，ITIDYHOME<br>'185097174150<br>无货物 |
| Design Patent D912,763 | Infringing Product:120，masanam<br>'185097000303<br>无货物 |



| | |
|---|---|
| Design Patent D912,763 | Infringing Product:121，carmacv<br>'154661714449 |
| Design Patent D912,763 | Infringing Product:122，docwi   '164688117197 |
| Design Patent D912,763 | Infringing Product:123，angmo   '313694144865 |



| Design Patent D912,763 | Infringing Product:124，Sindello　'174988444642 |
| Design Patent D912,763 | Infringing Product:125，canyce　'274663761404 |
| Design Patent D912,763 | Infringing Product:126，sylmc　'234241726168<br>无货物 |
| Design Patent D912,763 | Infringing Product:127，elysian　'165160632566 |



| | 无货物 |
|---|---|
| | 5.0in / 1.6in |
| Design Patent D912,763 | Infringing Product:128，Youthink '174943982385 |
| Design Patent D912,763 | Infringing Product:129，Stephanie Imports '194047110021 |
| Design Patent D912,763 | Infringing Product:130，oldhouse '255131515440 |



| Design Patent D912,763 | Infringing Product:131，8 pack　'124348709982 |
| Design Patent D912,763 | Infringing Product:132，HuaTek　'224623560361 |
| Design Patent D912,763 | Infringing Product:133，SEGMINISMART '224624377898 |



| Design Patent D912,763 | Infringing Product:134，SEGMINISMART<br>'373739335779 |
| Design Patent D912,763 | Infringing Product:135，Possiave<br>'324803569511<br>无货物 |
| Design Patent D912,763 | Infringing Product:136，WWVVPET<br>'284461232533 |



| | |
|---|---|
| Design Patent D912,763 | Infringing Product:137，slom　'284250141053 |
| Design Patent D912,763 | Infringing Product:138，SOTOSH　'403176410047 |
| Design Patent D912,763 | Infringing Product:139，Sindello　'234233329597　无货物 |



| Design Patent D912,763 | Infringing Product:140，Sindello '313709242613<br>无货物 |
| Design Patent D912,763 | Infringing Product:141，Possiave<br>'324818134993<br>无货物 |
| Design Patent D912,763 | Infringing Product:142，OZAUCTIONBROKER<br>'313124001425 |



| Design Patent D912,763 | Infringing Product:143，richleejr '255149356869 |
| Design Patent D912,763 | Infringing Product:145，qichangzhang '124921134690 无货物 |
| Design Patent D912,763 | Infringing Product:146，Pidsen '164485576049 |



| | |
|---|---|
| Design Patent D912,763 | Infringing Product:148，bizizright<br>'224673268774<br>无货物 |
| Design Patent D912,763 | Infringing Product:149，SEGMINISMART<br>'284413396861 |
| Design Patent D912,763 | Infringing Product:150，Noodoky<br>'154420769146<br>无货物 |



| | |
|---|---|
| Design Patent D912,763 | Infringing Product:151，ITIDYHOME<br>'313684118805 |
| Design Patent D912,763 | Infringing Product:152，MOOBONA<br>'115003042487<br>无货物 |
| Design Patent D912,763 | Infringing Product:153，SEGMINISMART<br>'144018128661 |



| | |
|---|---|
| Design Patent D912,763 | Infringing Product:154，thkingistwo '173927466660  无货物 |
| Design Patent D912,763 | Infringing Product:155，Pet Fountain '254906636482 |
| Design Patent D912,763 | Infringing Product:156，jawor    '384446963803 |



| Design Patent D912,763 | Infringing Product:157，NEW2YOU.COM '124980838163 无货物 |
| --- | --- |
| Design Patent D912,763 | Infringing Product:158，marywa '255127865907 |
| Design Patent D912,763 | Infringing Product:159，Moda-Pure '384119839268 无货物 |



| Design Patent D912,763 | Infringing Product:160，PK.ZTopia '174711482894 |
| Design Patent D912,763 | Infringing Product:161，FEIAA    '274778690519 |
| Design Patent D912,763 | Infringing Product:162，Dycsin    '224674785086 |

| Design Patent D912,763 | Infringing Product:163，EWE　'233976286371 |
|---|---|
|  |  |
| Design Patent D912,763 | Infringing Product:164，retro　'224309084011 |
|  |  |
| Design Patent D912,763 | Infringing Product:165，SEGMINISMART '334142642638 |
|  |  |
| Design Patent D912,763 | Infringing Product:166，OZHOMEDIRECT '264772824284 |



| Design Patent D912,763 | Infringing Product:167，PUSHAUCTION '164230956541 |
| Design Patent D912,763 | Infringing Product:168，sondersqi '224611771698 |
| Design Patent D912,763 | Infringing Product:169，VEKEN '384116952550 |

| Design Patent D912,763 | Infringing Product:170，tobe    '294442954161 |
|---|---|
|  |  |
| Design Patent D912,763 | Infringing Product:171，Hochste    '114931586403 |
|  |  |
| Design Patent D912,763 | Infringing Product:172，VEKEN    '313585549424 |
|  |  |
| Design Patent D912,763 | Infringing Product:173，mnongl5 '402785033006 |



| | |
|---|---|
| Design Patent D912,763 | Infringing Product:175，deisscastan<br>174774810784 |
| Design Patent D912,763 | Infringing Product:176，bartyspares<br>313280490888<br><br>无货物 |
| Design Patent D912,763 | Infringing Product:177，MOOBONA<br>393102608453 |



| Design Patent D912,763 | Infringing Product:178，doitforthwith 153928899321 |
| Design Patent D912,763 | Infringing Product:179，Youthink 313641453716 |
| Design Patent D912,763 | Infringing Product:180， wontfindbetter 254808279385 |

| Design Patent D912,763 | Infringing Product:181， micmarbuff 324851355088 无货物 |
|---|---|
|  |  |
| Design Patent D912,763 | Infringing Product:182， Deals2u365 274622193454 |
|  |  |
| Design Patent D912,763 | Infringing Product:183， Deals2u365 284123823156 |
|  |  |
| Design Patent D912,763 | Infringing Product:184， Deals2u365 274622193466 |



Design Patent D912,763

Infringing Product:185， Deals2u365
284123823144

Design Patent D912,763

Infringing Product:186， FlightBird
264991650990

Design Patent D912,763

Infringing Product:187， shad0w-a
194248924015

FILTER ELEMENT

| Design Patent D912,763 | Infringing Product:188， therasowiliyam 193945734446 |
|---|---|
|  |  |
| Design Patent D912,763 | Infringing Product:189， Rarloner 164697451553 |
|  |  |
| Design Patent D912,763 | Infringing Product:190， amejo 373350304549 |
|  |  |
| Design Patent D912,763 | Infringing Product:191， therasowiliyam 194180774629 |



| Design Patent D912,763 | Infringing Product:192， 123variety<br>334169420127<br>无货物 |
| Design Patent D912,763 | Infringing Product:193， Comsmart<br>124782111737<br>不可售 |
| Design Patent D912,763 | Infringing Product:194， ITIDYHOME<br>154495790736 |



| | |
|---|---|
| Design Patent D912,763 | Infringing Product:195， phillycds<br>124892718954<br>无货物 |
| Design Patent D912,763 | Infringing Product:196， applyingheat<br>284216545030 |
| Design Patent D912,763 | Infringing Product:197， little-484<br>313701383935 |



| Design Patent D912,763 | Infringing Product:198， little-484 313701385056 |
| Design Patent D912,763 | Infringing Product:199， little-484 313567428166 |
| Design Patent D912,763 | Infringing Product:200， NIB! 274812961596 |

| Design Patent D912,763 | Infringing Product:201， oncemoresotre 403079338188 |
|---|---|
|  |  |
| Design Patent D912,763 | Infringing Product:202，PC Dog 154496980328 |
|  |  |
| Design Patent D912,763 | Infringing Product:203， twentydollarsandbelow 284469009845 无货物 |
|  |  |
| Design Patent D912,763 | Infringing Product:204， foxrun 124873510548 |



| Design Patent D912,763 | Infringing Product:205，janepetradeals 144053301951 |
| Design Patent D912,763 | Infringing Product:206，Youthink 114665696735 |
| Design Patent D912,763 | Infringing Product:207，zigi-online 265257545064 |

| Design Patent D912,763 | Infringing Product:208，zigi-online 265257545064 |
|---|---|
|  |  |
| Design Patent D912,763 | Infringing Product:209，aztecartguycoxnet 293885000212 |
|  |  |
| Design Patent D912,763 | Infringing Product:210，Guarm　124950748162<br><br>无货物 |
|  |  |
| Design Patent D912,763 | Infringing Product:211，HURRISE 353614166513 |



| | |
|---|---|
| Design Patent D912,763 | Infringing Product:212，VISCAL   265326294161 |
| Design Patent D912,763 | Infringing Product:213，Kwyder   124950750183<br>无货物 |
| Design Patent D912,763 | Infringing Product:214，lucialarc   393648175100<br>无货物 |

| Design Patent D912,763 | Infringing Product:215，NOVEMBER SPRING 265326340682 |
|---|---|
|  |  |
| Design Patent D912,763 | Infringing Product:216，Ameagry 124950750945 无货物 |
|  |  |
| Design Patent D912,763 | Infringing Product:217，parts-master-direct 265365205475 无货物 |
|  |  |
| Design Patent D912,763 | Infringing Product:218，NIB！ 203648452534 |



| | |
|---|---|
| Design Patent D912,763 | Infringing Product:219，nnnn　124950760257<br>无货物 |
| Design Patent D912,763 | Infringing Product:220，Fantasytorey<br>124950754259<br>无货物 |
| Design Patent D912,763 | Infringing Product:221，Possiave　224652796073 |



| Design Patent D912,763 | Infringing Product:222，isYoung 164254420933 |
| Design Patent D912,763 | Infringing Product:223，gy-shoppingmall 372830521982 |
| Design Patent D912,763 | Infringing Product:224，brandogreenhalg 233866767553 |

| Design Patent D912,763 | Infringing Product:225，XIDAJIE　124950759201 |
|---|---|
| | 无货物 |
|  |  |
| Design Patent D912,763 | Infringing Product:226，MyfatBOSS 124950759257 |
| | 无货物 |
|  |  |
| Design Patent D912,763 | Infringing Product:227，Monsin　133921445378 |
|  |  |
| Design Patent D912,763 | Infringing Product:228，gy-shoppingmall 373075786029 |



| | |
|---|---|
| Design Patent D912,763 | Infringing Product:229，U-Kiss    234181309539<br>无货物 |
| Design Patent D912,763 | Infringing Product:230，MAFLY    185097057485<br>无货物 |
| Design Patent D912,763 | Infringing Product:231，FITENECTED<br>353752410238 |
| | |

| Design Patent D912,763 | Infringing Product:232，XIDAJIE  393626340972 |
|---|---|
| | 无货物 |
|  |  |
| Design Patent D912,763 | Infringing Product:233，undefeatedgames 184948971640 |
|  |  |
| Design Patent D912,763 | Infringing Product:234，ITIDYHOME 224444036889 |
|  |  |
| Design Patent D912,763 | Infringing Product:235，XIDAJIE  124950747095 |
| | 无货物 |



| Design Patent D912,763 | Infringing Product:236，Hommii    124950749786<br>无货物 |
| Design Patent D912,763 | Infringing Product:237，XIDAJIE    185097189140<br>无货物 |
| Design Patent D912,763 | Infringing Product:238，parts-master-direct<br>255182219084<br>无货物 |



| | |
|---|---|
| Design Patent D912,763 | Infringing Product:239，ENJOY PET<br>393626347035<br>无货物 |
| Design Patent D912,763 | Infringing Product:240，Guarm　185097019749<br>无货物 |
| Design Patent D912,763 | Infringing Product:241，Pet Fit For Life<br>124950749369<br>无货物 |



| | |
|---|---|
| Design Patent D912,763 | Infringing Product:242，madeking<br>203681901357<br>无货物 |
| Design Patent D912,763 | Infringing Product:243，Lxiyu　353711704734 |
| Design Patent D912,763 | Infringing Product:244，Yosoo Health Gear<br>265366725448<br>无货物 |



| Design Patent D912,763 | Infringing Product:245，discountstorekansas 233687633551 |
| --- | --- |
| Design Patent D912,763 | Infringing Product:246，Kwyder 384438254327 无货物 |
| Design Patent D912,763 | Infringing Product:247，HAHOMY 185097137682 无货物 |



| | |
|---|---|
| Design Patent D912,763 | Infringing Product:248，tag2883　393626330068<br>无货物 |
| Design Patent D912,763 | Infringing Product:249，Guarm　393626341393<br>无货物 |
| Design Patent D912,763 | Infringing Product:250，SEGMINISMART<br>124950748353<br>无货物 |



| | |
|---|---|
| Design Patent D912,763 | Infringing Product:251，Sukhumvit<br>124950749088<br>无货物 |
| Design Patent D912,763 | Infringing Product:252，Guarm　124950753423<br>无货物 |
| Design Patent D912,763 | Infringing Product:253，SEGMINISMART<br>185067311511 |



| | |
|---|---|
| Design Patent D912,763 | Infringing Product:254，Petbuy　124950747165<br>无货物 |
| Design Patent D912,763 | Infringing Product:255，TUOWS　124950747569<br>无货物 |
| Design Patent D912,763 | Infringing Product:256，Wonder Creature<br>124723507201 |



| Design Patent D912,763 | Infringing Product:257，ITIDYHOME 185097078268 无货物 |
|---|---|
| Design Patent D912,763 | Infringing Product:258，Guarm  393626352543 无货物 |
| Design Patent D912,763 | Infringing Product:259，TUOWS  393626352532 无货物 |



| | |
|---|---|
| Design Patent D912,763 | Infringing Product:260，spunkyjennifer 115078372235<br>无货物 |
| Design Patent D912,763 | Infringing Product:261，Rarloner    393626352654<br>无货物 |
| Design Patent D912,763 | Infringing Product:262，trondannyboy 164821019976 |



| | |
|---|---|
| Design Patent D912,763 | Infringing Product:263，HuaTek 363338580060 |
| Design Patent D912,763 | Infringing Product:264，Cowotek 353717985233 无货物 |
| Design Patent D912,763 | Infringing Product:265，ITIDYHOME 384438152221 无货物 |



| | |
|---|---|
| Design Patent D912,763 | Infringing Product:266，parts-master-direct 255060347793<br>无货物 |
| Design Patent D912,763 | Infringing Product:267，thlawn   284295837268 |
| Design Patent D912,763 | Infringing Product:268，Monsin   185097003375<br>无货物 |



| Design Patent D912,763 | Infringing Product:269，Pugrwei    185097187583 |
| | 无货物 |
| Design Patent D912,763 | Infringing Product:270，Ameagry<br>393626329538 |
| | 无货物 |
| Design Patent D912,763 | Infringing Product:271，BYEWIRE<br>185097041641 |
| | 无货物 |



| | |
|---|---|
| Design Patent D912,763 | Infringing Product:272，Petbuy    393626320629<br>无货物 |
| Design Patent D912,763 | Infringing Product:273，Hommii    393626343156<br>无货物 |
| Design Patent D912,763 | Infringing Product:274，Pet Fit For Life<br>393626351360<br>无货物 |



| | |
|---|---|
| Design Patent D912,763 | Infringing Product:275，XIDAJIE  393626333994 |
| | 无货物 |
| Design Patent D912,763 | Infringing Product:276，Pugrwei  384438185043 |
| | 无货物 |
| Design Patent D912,763 | Infringing Product:277，EPICKA  185097172512 |
| | 无货物 |



| Design Patent D912,763 | Infringing Product:278，NOVEMBER SPRING 255211977789 |
|---|---|
| Design Patent D912,763 | Infringing Product:279，Fantasytorey 393626330884 无货物 |
| Design Patent D912,763 | Infringing Product:280，SEGMINISMART 393626344341 无货物 |



| | |
|---|---|
| Design Patent D912,763 | Infringing Product:281，Sukhumvit<br>393626353956<br>无货物 |
| Design Patent D912,763 | Infringing Product:282，Wonder Creature<br>393608298590 |
| Design Patent D912,763 | Infringing Product:283，NOVEMBER SPRING<br>363576026762 |

| Design Patent D912,763 | Infringing Product:284，xiuya38　353566142680 |
|---|---|
|  |  |
| Design Patent D912,763 | Infringing Product:285，NOVEMBER SPRING<br>174809252998 |
|  |  |
| Design Patent D912,763 | Infringing Product:286，sanders-savings<br>224644082352 |
|  |  |
| Design Patent D912,763 | Infringing Product:287，Crompton<br>265326300074 |



| Design Patent D912,763 | Infringing Product:288，SAMANIJA 274664276062 |
| Design Patent D912,763 | Infringing Product:289，NICREW　164634931836 |
| Design Patent D912,763 | Infringing Product:290，SEGMINISMART 124469878128 |

| Design Patent D912,763 | Infringing Product:291，Petyoung<br>124471427832 |
|---|---|
|  |  |
| Design Patent D912,763 | Infringing Product:292，NOVEMBER SPRING<br>133657526377<br><br>无货物 |
|  |  |
| Design Patent D912,763 | Infringing Product:293，Pet Fountain<br>255055227018 |
|  |  |
| Design Patent D912,763 | Infringing Product:294，sydfactory<br>174952943526 |



| Design Patent D912,763 | Infringing Product:295，PandolaPet 353675013405 |
| Design Patent D912,763 | Infringing Product:296，parts-master-direct 254834372529 |
| Design Patent D912,763 | Infringing Product:297，tkhan1220 185024782198 |

| Design Patent D912,763 | Infringing Product:298，xinda   274378696495 |
|---|---|
|  |  |
| Design Patent D912,763 | Infringing Product:299，kunzh   194466711360 |
|  |  |
| Design Patent D912,763 | Infringing Product:300，swoows   124752379133 |
|  |  |
| Design Patent D912,763 | Infringing Product: 301, ozauctionbrokersB0983T3S6K   233627499126 |



| Design Patent D912,763 | Infringing Product: 302, Sylmc 334206608594 |
| Design Patent D912,763 | Infringing Product: 303, qi-1612 353620322671 |
| Design Patent D912,763 | Infringing Product: 304, honorteck9 353455902840 |

| Design Patent D912,763 | Infringing Product: 305，tyk9401 174776087798 |
|---|---|
|  |  |
| Design Patent D912,763 | Infringing Product: 306，Xinda 124870060885 |
|  |  |
| Design Patent D912,763 | Infringing Product: 308, Toozey 284503888109 |
|  |  |
| Design Patent D912,763 | Infringing Product: 309, Tidybowl 114439734650 |



| | |
|---|---|
| Design Patent D912,763 | Infringing Product: 310, SEGMINISMART 334149589352 |
| Design Patent D912,763 | Infringing Product: 311, Comsmart 154609720639 无货物 |
| Design Patent D912,763 | Infringing Product: 312, Kunzh 194469326606　无货物 |



| | |
|---|---|
| Design Patent D912,763 | Infringing Product: 313, Youthink 402038164067 |
| Design Patent D912,763 | Infringing Product: 314, ht_star.oz 264575882179 |
| Design Patent D912,763 | Infringing Product: 315, Mylitt 393126238501 |



| Design Patent D912,763 | Infringing Product: 316, SEGMINISMART 203591797890 |
| Design Patent D912,763 | Infringing Product: 317, Valf 124638854643 |
| Design Patent D912,763 | Infringing Product: 318, Toozey 224482379520 |



| | |
|---|---|
| Design Patent D912,763 | Infringing Product: 319,<br><br>all4dad 353738191634 |
| Design Patent D912,763 | Infringing Product: 320,<br><br>SEGMINISMART 143944803290 |
| Design Patent D912,763 | Infringing Product: 321,<br><br>Telekathy 402940453944 |



| | |
|---|---|
| Design Patent D912,763 | Infringing Product: 322,<br>Gopuppyltd 353430158987 |
| Design Patent D912,763 | Infringing Product: 323,<br>PANDOLA 143946558567 |
| Design Patent D912,763 | Infringing Product: 324,<br>dreamingku2 143603310485 |

| Design Patent D912,763 | Infringing Product: 325, Whitehouse 164702616435 |
|---|---|
|  |  |
| Design Patent D912,763 | Infringing Product: 327, Ajay 224631153135 无货物 |
|  |  |
| Design Patent D912,763 | Infringing Product: 328, Zenesty 255166471161 |
|  |  |
| Design Patent D912,763 | Infringing Product: 329, Nazfozdar 303142899755 |



| | |
|---|---|
| Design Patent D912,763 | Infringing Product: 330, Jawor 384231483085 |
| Design Patent D912,763 | Infringing Product: 332, Home Parts    264917068009 |
| Design Patent D912,763 | Infringing Product: 333, LEDGLE 124927535480 |

| Design Patent D912,763 | Infringing Product: 335, Spencerch  363455020326 |
|---|---|
|  |  |
| Design Patent D912,763 | Infringing Product: 336, Rkicemoy 313414283571 |
|  |  |
| Design Patent D912,763 | Infringing Product: 337, Parner 174726771163 |
|  |  |
| Design Patent D912,763 | Infringing Product: 338, Parner 174726771163 |



| | |
|---|---|
| Design Patent D912,763 | Infringing Product: 339, parts-master-direct 255003982307 |
| Design Patent D912,763 | Infringing Product: 340, Filter 352984482861 |
| Design Patent D912,763 | Infringing Product: 341, Babylove 174711482180 |

| Design Patent D912,763 | Infringing Product: 343, Allxin 175011228331 |
|---|---|
|  |  |
| Design Patent D912,763 | Infringing Product: 344, MOVICO 265391893152 |
|  |  |
| Design Patent D912,763 | Infringing Product: 345, SEGMINISMART 353723019030 |
|  |  |
| Design Patent D912,763 | Infringing Product: 346, Tibur 274977905831 |



| Design Patent D912,763 | Infringing Product: 347, iRhodesy 154639064284 |
| Design Patent D912,763 | Infringing Product: 348, LEDGLE 124927535480 |
| Design Patent D912,763 | Infringing Product: 349, Bamamail 304148230924 |



| | |
|---|---|
| Design Patent D912,763 | Infringing Product: 350, SEGMINISMART 255131396523 |
| Design Patent D912,763 | Infringing Product: 351, SEGMINISMART    224585342168 |
| Design Patent D912,763 | Infringing Product: 352, SEGMINISMART 384347120963 |

| Design Patent D912,763 | Infringing Product: 353, Gushwater 353546324888 |
|---|---|
|  |  |
| Design Patent D912,763 | Infringing Product: 354, Pet Fit For Life　124707220866 无货物 |
|  |  |
| Design Patent D912,763 | Infringing Product: 355, Pet Life　194073402763 |
|  |  |
| Design Patent D912,763 | Infringing Product: 356, Branded　383954295798 |



| | |
|---|---|
| Design Patent D912,763 | Infringing Product: 357, Pet Scene 254845580876 |
| Design Patent D912,763 | Infringing Product: 358, Rescuemomsrock 402632293797 |
| Design Patent D912,763 | Infringing Product: 359, yinli shang 203587971009 |



| Design Patent D912,763 | Infringing Product: 360, Junnyshop 114949690209 无货物 |
| Design Patent D912,763 | Infringing Product: 361, motorsdeals_sfc 384347505182 |
| Design Patent D912,763 | Infringing Product: 366, Comsmart 373685774330 无货物 |

| Design Patent D912,763 | Infringing Product: 367, Tmallmonster　304103256728 |
|---|---|
|  |  |
| Design Patent D912,763 | Infringing Product: 368, SEGMINISMART 234133572014 |
|  |  |
| Design Patent D912,763 | Infringing Product: 369, Cantstop 284404834809 无货物 |
|  |  |
| Design Patent D912,763 | Infringing Product: 371, Soonhua 403059797698 |



| | |
|---|---|
| Design Patent D912,763 | Infringing Product: 372, 7daysell 265260519874 无货物 |
| Design Patent D912,763 | Infringing Product: 373, sourcing4sales 304099327989 |
| Design Patent D912,763 | Infringing Product: 374, Clivourtor 384311270347 |

| Design Patent D912,763 | Infringing Product: 375, Fangcloudy    144127459832 |
|---|---|
|  |  |
| Design Patent D912,763 | Infringing Product: 376, MOOBONA 224543162682 |
|  |  |
| Design Patent D912,763 | Infringing Product: 378, Finerysale 184954095492 |
|  |  |
| Design Patent D912,763 | Infringing Product: 379, amazing_shop 224652860143 |



| | |
|---|---|
| Design Patent D912,763 | Infringing Product: 380, Pinkalltop 234086261423 |
| Design Patent D912,763 | Infringing Product: 381, Xiaob 402987364002 |
| Design Patent D912,763 | Infringing Product: 382, Katdog 144107786028 |

| Design Patent D912,763 | Infringing Product: 383, MOOBONA 144102706036 |
|---|---|
|  |  |
| Design Patent D912,763 | Infringing Product: 385, Ufuz 384234873375 |
|  |  |
| Design Patent D912,763 | Infringing Product: 387, Dequinton 294219471333 无货物 |
|  |  |
| Design Patent D912,763 | Infringing Product: 388, Nikles 203460792419 无货物 |



| Design Patent D912,763 | Infringing Product: 389, iMountek 324632068244 |
| Design Patent D912,763 | Infringing Product: 391, shang-fn 313507142212 无货物 |
| Design Patent D912,763 | Infringing Product: 392, ITidyHome 384469095033 无货物 |

| Design Patent D912,763 | Infringing Product: 393, Magictoolsonline 203390185705 |
|---|---|
|  |  |
| Design Patent D912,763 | Infringing Product: 394, Zunzhong 154423898839 无货物 |
|  |  |
| Design Patent D912,763 | Infringing Product: 395, emilymama_0 393247303582 |
|  |  |
| Design Patent D912,763 | Infringing Product: 396, Ldszyz 203349041175 |



| | |
|---|---|
| Design Patent D912,763 | Infringing Product: 397, Helarry 114766721842 |
| Design Patent D912,763 | Infringing Product: 398, linfengsky16 284255936270 无货物 |
| Design Patent D912,763 | Infringing Product: 399, zipme_0 284241563730 |

| Design Patent D912,763 | Infringing Product: 400, didog-pet 194005099284 |
|---|---|
|  |  |
| Design Patent D912,763 | Infringing Product: 401, shanna-homegarden 402753140185 |
|  |  |
| Design Patent D912,763 | Infringing Product: 402, Niaobrwonpe 303923074963 无货物 |
|  |  |
| Design Patent D912,763 | Infringing Product: 405, ideals100 143918077821 |



| | |
|---|---|
| Design Patent D912,763 | Infringing Product: 406, click-to-cart 293946368686 |
| Design Patent D912,763 | Infringing Product: 408, jesalor2000 402633072495 |
| Design Patent D912,763 | Infringing Product: 409, oren_store1080 353735120793 无货物 |

| Design Patent D912,763 | Infringing Product: 410, Nazfozdar  303142899755 |
|---|---|
|  |  |
| Design Patent D912,763 | Infringing Product: 411, wobies/WOBY 234243970355  无货物 |
|  |  |
| Design Patent D912,763 | Infringing Product: 414, jacks-toys 384527010997 |
|  |  |
| Design Patent D912,763 | Infringing Product: 415, liberty529 144303518145 |



| | |
|---|---|
| Design Patent D912,763 | Infringing Product: 416, Btglowery 334227660240 |
| Design Patent D912,763 | Infringing Product: 417, craig_guitarpro89 275036196212 |
| Design Patent D912,763 | Infringing Product: 418, Josiecjc 265412078867 无货物 |



| | |
|---|---|
| Design Patent D912,763 | Infringing Product: 419, buye-188  373790494787 |
| Design Patent D912,763 | Infringing Product: 422, Homegod |
| Design Patent D912,763 | Infringing Product: 423, cadydeshop |

| Design Patent D912,763 | Infringing Product: 425, tony big company |
| --- | --- |
|  |  |
| Design Patent D912,763 | Infringing Product: 428, Wilsonlk |
|  |  |
| Design Patent D912,763 | Infringing Product: 429, best2016 |
|  |  |
| Design Patent D912,763 | Infringing Product: 430, soonhua |



| | |
|---|---|
| Design Patent D912,763 | Infringing Product: 432, Achaichai |
| Design Patent D912,763 | Infringing Product: 433, chigua |
| Design Patent D912,763 | Infringing Product: 434, cailingfei6331 |



| Design Patent D912,763 | Infringing Product: 435, Ghost sister is the ugliest |
| --- | --- |
| Design Patent D912,763 | Infringing Product: 436, jdiewus |
| Design Patent D912,763 | Infringing Product: 437, jianqunacc |

| Design Patent D912,763 | Infringing Product: 438, Time_In_Time |
|---|---|
|  |  |
| Design Patent D912,763 | Infringing Product: 439, jideolfrt |
|  |  |
| Design Patent D912,763 | Infringing Product: 440, cadydeshop |
|  |  |
| Design Patent D912,763 | Infringing Product: 441, rdDanavPsVh |



| | |
|---|---|
| Design Patent D912,763 | Infringing Product: 442, |
| Design Patent D912,763 | Infringing Product: 443, mikeweer |
| Design Patent D912,763 | Infringing Product: 446, lvxianming2219 |

| Design Patent D912,763 | Infringing Product: 447 |
| | 13qiongzhen |
|  |  |
| Design Patent D912,763 | Infringing Product: 448 |
| | Rejazz |
|  |  |
| Design Patent D912,763 | Infringing Product: 449 |
| | yuanhaiweida |
|  |  |
| Design Patent D912,763 | Infringing Product: 450 |
| | haiwang5 |



| | |
|---|---|
| Design Patent D912,763 | Infringing Product: 451<br><br>Caier Beautiful Clothes house |
| Design Patent D912,763 | Infringing Product: 452<br><br>dafangwin |
| Design Patent D912,763 | Infringing Product: 453<br><br>19941214ZM |

| Design Patent D912,763 | Infringing Product: 454 Heidi |
|---|---|
|  |  |
| Design Patent D912,763 | Infringing Product: 455 Fashion_Beauty_Outlet |
|  |  |
| Design Patent D912,763 | Infringing Product: 456 XU SHEN HUI |
|  |  |
| Design Patent D912,763 | Infringing Product: 457 wsy lalala |



| Design Patent D912,763 | Infringing Product: 458 Lunar Eclipse |
|---|---|
| Design Patent D912,763 | Infringing Product: 459 licheepi |
| Design Patent D912,763 | Infringing Product: 460 qiantao9396 |

| Design Patent D912,763 | Infringing Product: 461 Mingdu Global |
|---|---|
|  |  |
| Design Patent D912,763 | Infringing Product: 462 renmaoli |
|  |  |
| Design Patent D912,763 | Infringing Product: 463 huichje |
|  |  |
| Design Patent D912,763 | Infringing Product: 464 global-mobile |



| | |
|---|---|
| Design Patent D912,763 | Infringing Product: 466<br>XYH2017 |
| Design Patent D912,763 | Infringing Product: 467<br>wangni5572 |
| Design Patent D912,763 | Infringing Product: 468<br>fashionhomes |

| Design Patent D912,763 | Infringing Product: 469 |
| | weefy |
|  |  |
| Design Patent D912,763 | Infringing Product: 470 |
| | Lixada |
|  |  |
| Design Patent D912,763 | Infringing Product: 471 |
| | Funcee |
|  |  |
| Design Patent D912,763 | Infringing Product: 472 |
| | Taykoo |



| | |
|---|---|
| Design Patent D912,763 | Infringing Product: 473<br>MaRainbow |
| Design Patent D912,763 | Infringing Product: 474<br>fitup:9761 |
| Design Patent D912,763 | Infringing Product: 475<br>Anself |

| Design Patent D912,763 | Infringing Product: 476 |
|---|---|
| | Lixada |
|  |  |
| Design Patent D912,763 | Infringing Product: 477 |
| | Patgoal |
|  |  |
| Design Patent D912,763 | Infringing Product: 478 |
| | Crowdstage |
|  |  |
| Design Patent D912,763 | Infringing Product: 479 |
| | Spdoo |



| Design Patent D912,763 | Infringing Product: 480 Lelinta |
| Design Patent D912,763 | Infringing Product: 481 Kernelly |
| Design Patent D912,763 | Infringing Product: 482 Mighty Rock |

| Design Patent D912,763 | Infringing Product: 483 Ametoys |
|---|---|
|  |  |
| Design Patent D912,763 | Infringing Product: 484 KINGMMICRO4 |
|  |  |
| Design Patent D912,763 | Infringing Product: 485 Funcee |
|  |  |
| Design Patent D912,763 | Infringing Product: 486 Abody |



| | |
|---|---|
| Design Patent D912,763 | Infringing Product: 487<br>Catlerio |
| Design Patent D912,763 | Infringing Product: 488<br>BODYJONES |
| Design Patent D912,763 | Infringing Product: 489<br>ALLOMN　链接失效，无产品图 |



| | |
|---|---|
| Design Patent D912,763 | Infringing Product: 490<br>Fantadool |
| Design Patent D912,763 | Infringing Product: 491<br>Lorddream |
| Design Patent D912,763 | Infringing Product: 492<br>Herchr |



| | |
|---|---|
| Design Patent D912,763 | Infringing Product: 493<br>Xelparuc |
| Design Patent D912,763 | Infringing Product: 494<br>DA BOOM |
| Design Patent D912,763 | Infringing Product: 495<br>Magazine |



| Design Patent D912,763 | Infringing Product: 497 |
| | Lemonbest |

| Design Patent D912,763 | Infringing Product: 498 |
| | GOODLY |

| Design Patent D912,763 | Infringing Product: 499 |
| | Etoshopy |

| Design Patent D912,763 | Infringing Product: 500<br>Pet Life |
|---|---|
|  |  |
| Design Patent D912,763 | Infringing Product: 501<br>Knowza |
|  |  |
| Design Patent D912,763 | Infringing Product: 502<br>Malisata |
|  |  |
| Design Patent D912,763 | Infringing Product: 503<br>Lorddream |



| | |
|---|---|
| Design Patent D912,763 | Infringing Product: 504<br>iMounTEK |
| Design Patent D912,763 | Infringing Product: 505<br>Alvage |
| Design Patent D912,763 | Infringing Product: 506<br>Lorddream |

| Design Patent D912,763 | Infringing Product: 507<br>SAYFUT |
|---|---|
|  |  |
| Design Patent D912,763 | Infringing Product: 509<br>Besufy |
|  |  |
| Design Patent D912,763 | Infringing Product: 510<br>Carevas |
|  |  |
| Design Patent D912,763 | Infringing Product: 511<br>Goolrc |



| | |
|---|---|
| Design Patent D912,763 | Infringing Product: 512<br><br>NewWay |
| Design Patent D912,763 | Infringing Product: 513<br><br>Vingtank |
| Design Patent D912,763 | Infringing Product: 514<br><br>BSAH |

| Design Patent D912,763 | Infringing Product: 515 |
|---|---|
| | Mixfeer |
|  |  |
| Design Patent D912,763 | Infringing Product: 516 |
| | Iseeya |
|  |  |
| Design Patent D912,763 | Infringing Product: 517 |
| | Eleanos |
|  |  |
| Design Patent D912,763 | Infringing Product: 518 |
| | Owsoo |



| Design Patent D912,763 | Infringing Product: 519 AmazingFashionDecoration |
| Design Patent D912,763 | Infringing Product: 520 Maxcozy |
| Design Patent D912,763 | Infringing Product: 521 Aibecy |

| Design Patent D912,763 | Infringing Product: 522 Kozart |
|---|---|
|  |  |
| Design Patent D912,763 | Infringing Product: 523 Nullnet |
|  |  |
| Design Patent D912,763 | Infringing Product: 524 Xelparuc |
|  |  |
| Design Patent D912,763 | Infringing Product: 525 Sweet Candy |



| | |
|---|---|
| Design Patent D912,763 | Infringing Product: 526<br>Angmile |
| Design Patent D912,763 | Infringing Product: 527<br>KINGMMICRO5 |
| Design Patent D912,763 | Infringing Product: 528<br>Tomshine |



| | |
|---|---|
| Design Patent D912,763 | Infringing Product: 529<br>Jansion |
| Design Patent D912,763 | Infringing Product: 530<br>DIPVSLUNE |
| Design Patent D912,763 | Infringing Product: 531<br>MaRainbow |

| Design Patent D912,763 | Infringing Product: 532 |
|---|---|
| | Spree |
|  |  |
| Design Patent D912,763 | Infringing Product: 534 |
| | Tickas |
|  |  |
| Design Patent D912,763 | Infringing Product: 536 |
| | Pretty Comy |
|  |  |
| Design Patent D912,763 | Infringing Product: 537 |
| | Pets Lovy |



| Design Patent D912,763 | Infringing Product: 538 Oaktree |
| Design Patent D912,763 | Infringing Product: 539 Spree |
| Design Patent D912,763 | Infringing Product: 540 TemGpair |



| | |
|---|---|
| Design Patent D912,763 | Infringing Product: 541<br>Pets Lovy |
| Design Patent D912,763 | Infringing Product: 542<br>Xmarks |
| Design Patent D912,763 | Infringing Product: 543<br>Iseeya |

| Design Patent D912,763 | Infringing Product: 544 Konesky |
|---|---|
|  |  |
| Design Patent D912,763 | Infringing Product: 545 Powiller |
|  |  |
| Design Patent D912,763 | Infringing Product: 546 Yilibing |
|  |  |
| Design Patent D912,763 | Infringing Product: 547 JMH |



| | |
|---|---|
| Design Patent D912,763 | Infringing Product: 548<br>Eleanos |
| Design Patent D912,763 | Infringing Product: 549<br>Orchip |
| Design Patent D912,763 | Infringing Product: 550<br>Morease |



| Design Patent D912,763 | Infringing Product: 551 Maynos |
| Design Patent D912,763 | Infringing Product: 553 tiyuyo |
| Design Patent D912,763 | Infringing Product: 554 NewWay |

| Design Patent D912,763 | Infringing Product: 556 |
|---|---|
| | HILIFE |
|  |  |
| Design Patent D912,763 | Infringing Product: 557 |
| | KITTEN |
|  |  |
| Design Patent D912,763 | Infringing Product: 558 |
| | QQkitty |
|  |  |
| Design Patent D912,763 | Infringing Product: 559 |
| | HILIFE |



| Design Patent D912,763 | Infringing Product: 560 HILIFE |
| Design Patent D912,763 | Infringing Product: 561 everso |
| Design Patent D912,763 | Infringing Product: 562 Deals |

| Design Patent D912,763 | Infringing Product: 563<br>Hey HomeGarden |
|---|---|
|  |  |
| Design Patent D912,763 | Infringing Product: 564<br>Pet Fountain |
|  |  |
| Design Patent D912,763 | Infringing Product: 565<br>foreverxiaoxin |
|  |  |
| Design Patent D912,763 | Infringing Product: 566<br>Warm99 |



| | |
|---|---|
| Design Patent D912,763 | Infringing Product: 567 HOOMIN |
| Design Patent D912,763 | Infringing Product: 568 Luckyee |
| Design Patent D912,763 | Infringing Product: 569 4pacx |

| Design Patent D912,763 | Infringing Product: 570 |
| | Your-Home |
|  |  |
| Design Patent D912,763 | Infringing Product: 572 |
| | QQkitty |
|  |  |