**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | |
|---|---|
| JUNZHOU HUANG,<br><br>      Plaintiff,<br><br>v.<br><br>Partnerships and Unincorporated Associations identified in Schedule A<br><br>      Defendants. | Case No.: 1:22-cv-00809<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S MOTION TO ENTER PROPOSED ORDER FOR PLAINTIFF'S *EX PARTE* MOTION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER, INCLUDING A TEMPORARY INJUNCTION, A TEMPORARY ASSET RESTRAINT, EXPEDITED DISCOVERY AND FOR ALTERNATIVE SERVICE**

Plaintiff Junzhou Huang ("Plaintiff") moves the Court enter the attached Proposed Order for Plaintiff's *ex parte* motion for entry of a temporary restraining order, including a temporary injunction, a temporary asset restraint, expedited discovery and for alternative service in an action arising out of 35 U.S.C. § 271.

| | |
|---|---|
| Dated: February 21, 2022 | /s/ Zhangyuan Ji<br>Shen Wang (ILND Bar No. 6314224)<br>Hao Tan (ILND Bar No. 6314119)<br>Haoyi Chen (*pro hac vice* application to be sought)<br>Zhangyuan Ji (ILND Bar No. 6336107)<br>ARCH & LAKE LLP<br>203 North LaSalle Street<br>Suite 2100<br>Chicago, Illinois 60601<br>636-236-5390 (Shen Wang) |

1

312-375-9408 (Hao Tan)
346-335-9890 (Haoyi Chen)
773-680-9572 (Zhangyuan Ji)
shenwang@archlakelaw.com
haotan@archlakelaw.com
haoyichen@archlakelaw.com
ellen@archlakelaw.com

*Counsel for Plaintiff*