‖|‖‖|‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
US00D912763S

(12) **United States Design Patent**    (10) Patent No.:    **US D912,763 S**
Huang    (45) **Date of Patent:** ** **Mar. 9, 2021**

(54) **FILTER FOR PET FOUNTAIN**

(71) Applicant: **Junzhou Huang**, Guangdong (CN)

(72) Inventor: **Junzhou Huang**, Guangdong (CN)

(\*\*) Term: **15 Years**

(21) Appl. No.: **29/643,040**

(22) Filed: **Apr. 3, 2018**

(30) **Foreign Application Priority Data**

Mar. 20, 2018 (CN) .......................... 201830103598.6

(51) **LOC (13) Cl.** ............................................. **23-01**
(52) **U.S. Cl.**
     USPC ........................ **D23/209**; D23/207; D23/365
(58) **Field of Classification Search**
     USPC ...... D23/207, 209, 365; D24/162, 101, 124;
                                                      D27/167
     CPC ......... B01D 27/00; B01D 35/30; B01D 27/08
     See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D260,175 S | * | 8/1981 | Hein | D23/209 |
| D274,462 S | * | 6/1984 | Rakocy | D23/365 |
| 8,770,148 B2 | * | 7/2014 | Lipscomb | F04B 23/021 |
| | | | | 119/74 |
| D717,395 S | * | 11/2014 | Neto | D23/209 |
| D720,844 S | * | 1/2015 | Wells | D24/101 |
| D762,833 S | * | 8/2016 | Ogg | D23/365 |
| D864,477 S | * | 10/2019 | Liu | D27/167 |

OTHER PUBLICATIONS

https://www.moersky.net/Pet-Fountain-Cat-Water-Dispenser-Healthy-and-Hygienic-Drinking-Fountain-2L-Super-Quiet-Automatic-Water-Bowl-with-Filter-and-Silicone-Mat-for-Dogs-Cats-Birds-and-Small-Animals-Replacement-Filters-p879647.html (Year: 2018).\*

\* cited by examiner

*Primary Examiner* — Jack Reickel
*Assistant Examiner* — Keith J Wilson

(57) **CLAIM**

The ornamental design for a filter for pet fountain, as shown and described.

**DESCRIPTION**

FIG. **1** is a front elevational view of a filter for pet fountain showing my new design;
FIG. **2** is a rear elevational view thereof;
FIG. **3** is a left side view thereof;
FIG. **4** is a right side view thereof;
FIG. **5** is a top plan view thereof;
FIG. **6** is a bottom plan view thereof; and,
FIG. **7** is a front perspective view thereof.

**1 Claim, 6 Drawing Sheets**





Fig.1



Fig.2



Fig.3



Fig. 4



Fig.5



Fig.6

Case: 1:22-cv-00809 Document #: 17-1 Filed: 03/15/22 Page 7 of 7 PageID #:5433



Fig.7