# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JUNZHOU HUANG, <br><br> Plaintiff, <br><br> v. <br><br> Partnerships and Unincorporated Associations identified in Schedule A <br><br> Defendants. | Case No.: 22-cv-00809 <br><br> **JURY TRIAL DEMANDED** |

## PLAINTIFF'S *EX PARTE* MOTION TO EXTEND THE TEMPORARY RESTRAINING ORDER

Plaintiff Junzhou Huang ("Plaintiff") seeks to extend the Temporary Restraining Order granted and entered by the Court on October 17, 2022, by a period of fourteen (14) days until November 14, 2022. Such application is based upon this Motion and the concurrently filed Memorandum of Law.

1

DATED October 28, 2022.                             Respectfully submitted,

<div style="margin-left: 40%;">

<u>/s/ Zhangyuan Ji</u>
Shen Wang (ILND Bar No. 6314224)
Hao Tan (ILND Bar No. 6314119)
Haoyi Chen (*pro hac vice* application to be sought)
Zhangyuan Ji (ILND Bar No. 6336107)
ARCH & LAKE LLP
203 North LaSalle Street
Suite 2100
Chicago, Illinois 60601
636-236-5390 (Shen Wang)
312-375-9408 (Hao Tan)
346-335-9890 (Haoyi Chen)
773-680-9572 (Zhangyuan Ji)
shenwang@archlakelaw.com
haotan@archlakelaw.com
haoyichen@archlakelaw.com
ellen@archlakelaw.com

*Counsel for Plaintiff*

</div>

## **CERTIFICATE OF SERVICE**

I hereby certify that on the  October 28 , 2022, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

>/s/ Zhangyuan Ji
>Zhangyuan Ji
>ARCH & LAKE LLP
>203 North LaSalle Street
>Suite 2100
>Chicago, Illinois 60601
>773-680-9572
>ellen@archlakelaw.com