**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JUNZHOU HUANG, <br><br> Plaintiff, <br><br> v. <br><br> Partnerships and Unincorporated Associations identified in Schedule A <br><br> Defendants. | Case No.: 22-cv-00809 <br><br> **JURY TRIAL DEMANDED** |

**DECLARATION OF HAOYI CHEN**

I, Haoyi Chen, of the City of Houston, in the State of Texas, declare and state as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of Texas and plan to appear Pro Hac Vice before the United States District Court for the Northern District of Illinois. I am an attorney for Plaintiff Junzhou Huang ("Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as witness, I could and would competently testify as follows:

2. As of October 28, 2022, the third parties have not completed effectuating the TRO. Plaintiff plans to freeze financial accounts identified by the third parties.

I declare under penalty of perjury under the laws of the United States of

America that the foregoing is true and correct.

2

Case: 1:22-cv-00809 Document #: 34-2 Filed: 10/28/22 Page 2 of 4 PageID #:6706

America that the foregoing is true and correct.

Executed On October 28, 2022, at Houston, Texas.

*/s/ Haoyi Chen*
Haoyi Chen

## **CERTIFICATE OF SERVICE**

I hereby certify that on the  October 28 , 2022, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ Zhangyuan Ji
Zhangyuan Ji
ARCH & LAKE LLP
203 North LaSalle Street
Suite 2100
Chicago, Illinois 60601
773-680-9572
ellen@archlakelaw.com