**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

JUNZHOU HUANG,

                    Plaintiff,

  v.

Partnerships and Unincorporated Associations
identified in Schedule A

                    Defendants.

Case No.: 22-cv-00809

**JURY TRIAL DEMANDED**

## PLAINTIFF'S MOTION FOR ENTRY OF A PRELIMINARY INJUNCTION

Plaintiff seeks entry of a Preliminary Injunction. The scope of Plaintiff's proposed Preliminary Injunction Order is materially indistinguishable from the Temporary Restraining Order [Dkt. #33]. A Memorandum of Law in Support is filed concurrently with this Motion.

1

DATED November 9, 2022.                         Respectfully submitted,


                                          /s/ Zhangyuan Ji
                                          Shen Wang (ILND Bar No. 6314224)
                                          Hao Tan (ILND Bar No. 6314119)
                                          Haoyi Chen (*pro hac vice* application to be sought)
                                          Zhangyuan Ji (ILND Bar No. 6336107)
                                          ARCH & LAKE LLP
                                          203 North LaSalle Street
                                          Suite 2100
                                          Chicago, Illinois 60601
                                          636-236-5390 (Shen Wang)
                                          312-375-9408 (Hao Tan)
                                          346-335-9890 (Haoyi Chen)
                                          773-680-9572 (Zhangyuan Ji)
                                          shenwang@archlakelaw.com
                                          haotan@archlakelaw.com
                                          haoyichen@archlakelaw.com
                                          ellen@archlakelaw.com


                                          *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the  November 9, 2022, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

<div style="margin-left: 40%;">

/s/ Zhangyuan Ji
Zhangyuan Ji
ARCH & LAKE LLP
203 North LaSalle Street
Suite 2100
Chicago, Illinois 60601
773-680-9572
ellen@archlakelaw.com

</div>

3