**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JUNZHOU HUANG,<br><br>          Plaintiff,<br><br> v.<br><br>Partnerships and Unincorporated Associations identified in Schedule A<br><br>          Defendants. | Case No.: 22-cv-00809<br><br>**JURY TRIAL DEMANDED** |

**CERTIFICATE OF SERVICE**

 I hereby certify and declare that I am over 18 years of age, employed in the State of Texas, County of Harris, and I am an attorney for the Plaintiff in the above captioned action.

 On November 8, 2022, the attorney for the Plaintiff, caused to be served true and accurate copies of the following documents:

 1. Summons;

 2. the Second Amended Complaint, with exhibits (except the Schedule A); and,

 3. *Ex Parte* Temporary Restraining Order with Asset Freeze and Other Equitable Relief entered in the above-captioned case on all Defendants via electronic mail, to the address supplied by third parties to the Defendants' respective webstore hosts and via their webstores per the terms of the TRO (Dkt. #33)

 I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED November 9, 2022.　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ Haoyi Chen
　　　　　　　　　　　　　　　　　　　　　　Shen Wang (ILND Bar No. 6314224)
　　　　　　　　　　　　　　　　　　　　　　Hao Tan (ILND Bar No. 6314119)
　　　　　　　　　　　　　　　　　　　　　　Haoyi Chen (*pro hac vice* application to be sought)
　　　　　　　　　　　　　　　　　　　　　　Zhangyuan Ji (ILND Bar No. 6336107)
　　　　　　　　　　　　　　　　　　　　　　ARCH & LAKE LLP
　　　　　　　　　　　　　　　　　　　　　　203 North LaSalle Street
　　　　　　　　　　　　　　　　　　　　　　Suite 2100
　　　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60601
　　　　　　　　　　　　　　　　　　　　　　636-236-5390 (Shen Wang)
　　　　　　　　　　　　　　　　　　　　　　312-375-9408 (Hao Tan)
　　　　　　　　　　　　　　　　　　　　　　346-335-9890 (Haoyi Chen)
　　　　　　　　　　　　　　　　　　　　　　773-680-9572 (Zhangyuan Ji)
　　　　　　　　　　　　　　　　　　　　　　shenwang@archlakelaw.com
　　　　　　　　　　　　　　　　　　　　　　haotan@archlakelaw.com
　　　　　　　　　　　　　　　　　　　　　　haoyichen@archlakelaw.com
　　　　　　　　　　　　　　　　　　　　　　ellen@archlakelaw.com

　　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the November 9, 2022, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

      /s/ Zhangyuan Ji
Zhangyuan Ji
ARCH & LAKE LLP
203 North LaSalle Street
Suite 2100
Chicago, Illinois 60601
773-680-9572
ellen@archlakelaw.com