IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JUNZHOU HUANG,<br><br>       Plaintiff,<br><br>v.<br><br>Partnerships and Unincorporated Associations identified in Schedule A<br><br>       Defendants. | Case No.: 22-cv-00809<br><br>**JURY TRIAL DEMANDED** |

## INITIAL STATUS REPORT

Plaintiff, Junzhou Huang ("Plaintiff"), by its undersigned counsels, submits this Initial Status Report with the Court's November 3, 2022 Minute Order.

1. Attorneys of Record

| Attorneys for Plaintiff | Attorneys for Defendants |
|---|---|
| Shen Wang (ILND Bar No. 6314224)<br>Hao Tan (ILND Bar No. 6314119)<br>Haoyi Chen (pro hac vice application to be sought)<br>Zhangyuan Ji (ILND Bar No. 6336107)<br>ARCH & LAKE LLP<br>203 North LaSalle Street<br>Suite 2100<br>Chicago, Illinois 60601<br>636-236-5390 (Shen Wang)<br>312-375-9408 (Hao Tan)<br>346-335-9890 (Haoyi Chen)<br>773-680-9572 (Zhangyuan Ji)<br>shenwang@archlakelaw.com<br>haotan@archlakelaw.com<br>haoyichen@archlakelaw.com<br>ellen@archlakelaw.com | N/A |

1

2.  Basis for Federal Jurisdiction

This Court has original subject matter jurisdiction over the claims in this action pursuant to the provisions of the Patent Act, 35 U.S.C. § 1, et seq., 28 U.S.C. § 1338(a)-(b) and 28 U.S.C. § 1331.

3.  Nature of Claims Asserted in Complaint

In sum, Plaintiff alleges that Defendants sell and/or offer for sale unauthorized and unlicensed products, namely the Filter for Pet Fountain, that infringe Plaintiff's patented design, U.S. Patent No. D912,763 (the "Infringing Products").

Plaintiff is forced to file this action to combat Defendants' infringement of its patented design, as well as to protect unknowing consumers from purchasing Infringing Products over the Internet. Plaintiff has been and continues to be irreparably damaged from the loss of its lawful patent rights to exclude others from making, using, selling, offering for sale, and importing its patented design as a result of Defendants' actions and seeks injunctive and monetary relief.

4.  Defendants were Served

Pursuant to this Court's TRO order and the Minute Order, both entered on October 17, 2022, Plaintiff electronically served Defendants with the summons and the TRO order, to Defendants' email addresses provided by a third party under the TRO. A Certificate of Service was filed on November 9, 2022.

5.  Principle Legal Issues

On October 11, 2022, Plaintiff filed its Second Amended Complaint (Dkt. #27).

On October 17, 2022, this Court granted TRO granting Plaintiff relief, including (1) a temporary injunction; (2) a temporary asset restraint; (3) expedited discovery; and (4) service of process by email. The TRO authorized Plaintiff to provide notice of these proceedings to Defendants by sending an email to the address(es) provided for the Defendants via the third party payment providers (*e.g.*, Walmart.com, Paypal, etc.) (the "Platforms").

On November 3, 2022, this Court granted an extension to this TRO through November 14, 2022. In addition, this Court ordered that the Plaintiff shall file the motion for preliminary injunction by November 9, 2022, along with a status report.

Plaintiff now requests that this Court convert the TRO to a preliminary injunction against Defendants, so that the Defendants remain enjoined from the manufacture, importation, distribution, offering for sale, and sale of Infringing Products during the pendency of this action. As part of the Proposed Preliminary Injunction Order, a copy of which is attached hereto, Plaintiff requests that the Infringing webstores' financial accounts remain frozen until these proceedings have concluded.

6. Principle factual issues

Plaintiff alleges that Defendants sell and/or offer for sale unauthorized and unlicensed products, namely the Filter for Pet Fountain, that infringe Plaintiff's patented design, U.S. Patent No. D912,763.

7. Jury Demand

Plaintiff has made a jury demand in its Complaints.

8. Discovery

Plaintiff moved for, and was granted a mini-discovery regarding defendants' information related to their true identification, accounts, and sales of the Infringing Products, as ordered in the TRO. Other than that, the parties have not yet exchanged or conducted any discovery, nor any proposal for Discovery and Case Management Plan. If Defendants appear before this Court, Plaintiff anticipates that discovery may be conducted into the similarities between the Plaintiff's patented design and Defendants' products, as well as the validity of Plaintiff's patent in this lawsuit.

9. Earliest Date the Parties Will be Ready for Trail and Length of Trail

Plaintiff's counsel opins that this case should be prepared for trial before December1, 2023, and that the trail will take 3-5 business days.

10. Consent to Magistrate Judge

Plaintiff consents to the Magistrate Judge's jurisdiction at this time, if so asked.

11. Settlement

Plaintiff anticipates that the parties would evaluate the potential for resolving this case, if contacted by Defendants' counsel(s).

DATED November 9, 2022.                              Respectfully submitted,

                                                       */s/* Zhangyuan Ji
                                                      Shen Wang (ILND Bar No. 6314224)
Hao Tan (ILND Bar No. 6314119)
Haoyi Chen (*pro hac vice* application to be sought)
Zhangyuan Ji (ILND Bar No. 6336107)
ARCH & LAKE LLP
203 North LaSalle Street
Suite 2100
Chicago, Illinois 60601
636-236-5390 (Shen Wang)
312-375-9408 (Hao Tan)
346-335-9890 (Haoyi Chen)
773-680-9572 (Zhangyuan Ji)
shenwang@archlakelaw.com
haotan@archlakelaw.com
haoyichen@archlakelaw.com
ellen@archlakelaw.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

  I hereby certify that on the <u>November 9, 2022</u>, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                /s/ Zhangyuan Ji
                Zhangyuan Ji
                ARCH & LAKE LLP
                203 North LaSalle Street
                Suite 2100
                Chicago, Illinois 60601
                773-680-9572
                ellen@archlakelaw.com