# EXHIBIT B

< Back to item



## Joybuy

★★★☆☆  See all 44804 reviews
3 stars out of 5

**47%** Overall Positive Rating

✉ Contact seller

☎ (302) 426-4543

⚲ FLAT/RM 1903 19/F, LEE GARDEN ONE
33 HYSAN ACENUE CAUSEWAY BAY
Hong Kong, Wan Chai 810002, Hong Kong

About seller

Tax policy

### More items from this seller


+ Add
**$15.06**
Freeway


+ Add
**$14.60**
Martin Scorsese Presents 4pk Gift Set


+ Add
**$16.48**
Dark Command (Full Frame)


+ Add
**$12.84** $15.99
RAPHARY Halloween Window Door Decorations, Halloween Window Ghost...
★★⯪☆☆ 94

### Seller reviews

**3** out of **5**

★★★☆☆ (44804 reviews)

| | | |
|---|---|---|
| 5 stars | ▬▬▬▬▬▬▬ | 16187 |
| 4 stars | ▬▬ | 4721 |
| 3 stars | ▬▬ | 4151 |
| 2 stars | ▬ | 3109 |
| 1 star | ▬▬▬▬▬▬▬ | 16636 |

**Most helpful positive review**

★★★★★

Had to return the first one I ordered because it was way too small for my brother-in-law. I didn't have any problems getting a refund and got it fairly quickly.

NORM


VS

**Most helpful negative review**

★☆☆☆☆

they have no idea whats going on i messaged them and they acted like they didn't know what order i was talking about even after i shared the order number and the tracking number not sure where to go from here though

Sabrina

**44804 reviews**   Sort by | Most Relevant ▼

★☆☆☆☆   07/08/2022

The service team was very friendly. But I was frustrated. I will go to a Walmart store and try to find the correct panties. I don't enjoy shopping at the Internet anymore.

Iris

★★★★★   06/10/2022

Had to return the first one I ordered because it was way too small for my brother-in-law. I didn't have any problems getting a refund and got it fairly quickly.

NORM

