# EXHIBIT C

# JOYBUY US 

Home    Kitchen Appliances    Household Appliances    Electronics    Sporting and Outdoor Products    Home Products    All Products    Sales

# Contact US

If you have any questions or comments for us, fill our the form below with all of your details and we'll get back to you within 48 hours.

Email: service-us@jd.com.

Address: 19900 MacArthur Blvd, Suite 660, Irvine, CA 92612

Name

Email *

Phone Number

Message

SEND

Privacy - Terms

## Quick links

About USPrivacy PolicyReturn PolicyTerms of ServiceShipping PolicyContact us

Do not sell my personal information

## Newsletter



© 2022, Joybuy US