# EXHIBIT D



  Ship to  US / USD | Quick Guide | Help | Media & Investing | Sell With Us  | Site 

**JOYBUY** ☰ Categories  ALL ▾ | Search 🔍   🛒 Cart  👤

## HELP CENTER

🔊 Still need help? Feel free to contact us. We will respond within 24 hours.

**Help Center**

**About Joybuy** ▾
  About Joybuy

**Account** ▾
  Registration and Login
  Account Information

**My Orders** ▾
  Placing Orders
  Cancelling Orders
  Leaving Feedback

**Payments** ▾
  Secure Payment
  Coupons and Promotions

**Shipping** ▾
  Shipping and Delivery

**Returns and Refunds** ▾
  Policy of Returns and Refunds
  Processes
  Disputes

**Terms and Conditions** ▾
  Terms and Conditions
  Website Terms of Use (User Notice)
  Intellectual Property Rights Protection
  Privacy Policy
  Cookie Policy

**Contact Us**

### Contact Us

#### Customer Service

We look forward to assisting you with any of your shopping queries．If you can't find your expected answers here, such as Order Inquiries, Pay Shipping & Delivery, Returns & Refunds and General Post-sales Inquiries．Our Customer Service Team will be available．Our working hours 9 00 to 24:00 (GMT +8) daily, during which, we will endeavor to respond to your email within 24 hours．Please feel free to contact us!

[ ONLINECHAT 💬 ]     [ CONTACT@JD.COM ✉ ]
(Recommend)

#### Business Development Contact

Email：JDglobal@jd com
==Address： Suite 1203, 12/F Ruttonjee House,11Duddell Street, Central, Hong Kong==

#### Media Contact

If you are interested in collaborating with us,please contact us at press@jd com

Still need help? Feel free to contact us. We will respond within 24 hours.    [ CONTACT@JD.COM ✉ ]   [ ONLINECHAT ]

### Secure Payments
Pay with secure payment methods

### 30-day Return Policy
If your item is damaged or not as described, you may return it within 30 days after delivery.

### 24/7 Customer Service
We'll respond to you within 24 hours

### Worldwide Delivery
Covers more than 200 countries and regions worldwide

### International
Guaranteed au

## About Joybuy

Operated by Chinese ecommerce giant, JD.com, Joybuy offers online shoppers a wide selection of smartphones, gaming laptops, consumer electronics, women's clothing, stuffe and more.

As China's largest ecommerce platform by revenue, JD.com offers a world-class set of online shopping services to its legion of users, who now number close to 200 million in tot

## Find Out More

Browse Alphabetically :   A   B   C   D   E   F   G   H   I   J   K   L   M   N   O   P   Q   R   S   T   U   V   W   X   Y   Z   0~9

### Customer Service
My Orders
Payments
Refunds and Returns
Shipping
Help Center

### Get to Know Us
About JoyBuy
Investor Relations
Terms and Conditions
Privacy Policy
Contact Us

### Partner Promotion
Become an Influencer
Join Affiliate Program
Partnership Coopration
Joybuy Earnings Guide

### Make Money with Us
Sell on joybuy.com
Restricted Products
Selling Policies

### JD.com G
Сайт Росс
한국어
日本語
中国站
Sitio de Es
Situs Indon

Get the App:  

Partners: Walmart

Verified by: PCI DSS

Pay with: 

Sign up: Enter your email address

Copyright © 2016-2022 Jd.com, Inc. or its affiliates. All Rights Reserved   |   京ICP备11041704号-17