**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

JUNZHOU HUANG,

                    Plaintiff,

    v.

Partnerships and Unincorporated Associations
identified in Schedule A

                  Defendants.

Case No.: 22-cv-00809

**JURY TRIAL DEMANDED**

### INITIAL STATUS REPORT

Plaintiff, Junzhou Huang ("Plaintiff"), by its undersigned counsels, submits this Status
Report with the Court's November 10, 2022 Minute Order.

1.    Attorneys of Record

| Attorneys for Plaintiff | Attorneys for Defendants Da Boom, Angmile, Temgpair and Orchip |
|---|---|
| Shen Wang (ILND Bar No. 6314224) Hao Tan (ILND Bar No. 6314119) Haoyi Chen (pro hac vice application to be sought) Zhangyuan Ji (ILND Bar No. 6336107) ARCH & LAKE LLP 203 North LaSalle Street Suite 2100 Chicago, Illinois 60601 636-236-5390 (Shen Wang) 312-375-9408 (Hao Tan) 346-335-9890 (Haoyi Chen) 773-680-9572 (Zhangyuan Ji) shenwang@archlakelaw.com haotan@archlakelaw.com haoyichen@archlakelaw.com ellen@archlakelaw.com | L. Ford Banister , II Ford Banister IP 305 Broadway - Floor 7 New York, NY 10007 Telephone: +1 212-500-3268 Fax: +1 212-500-3269 |

1

2. Plaintiff's services and the certificate thereof

Plaintiff's Actions on Defendants

Pursuant to this Court's TRO order, on October 18, 2022, Attorney Haoyi Chen for Plaintiff emailed Walmart, requesting, among other, all Defendant's email contact information. (Exhibit I)

On November 4, 2022, Walmart provide contact information and balances of the Defendants' accounts. (Exhibit II) However, for Defendants Knowza, Newway, Maxcozy, Sweet Candy, and Spree, Walmart provided three email addresses of Joybuy Defendant[1]. *Id.*

On November 8, 2022, Summons were issued as to all Defendants identified in Schedule A of the Second Amended Complaint. (Dkt. #35)

On November 9, 2022, Plaintiff's counsel, Haoyi Chen, serviced the Summons to Defendants by email in compliance with the TRO order. (Exhibit III) On the same day, Plaintiff submitted its Certificate of Service to this Court. (Dkt. 36)

On November 10, 2022, Joybuy Defendant was dismissed from this case as defendants. (Dkt. #44) Although working as service provider to Defendants Knowza, Newway, Maxcozy, Sweet Candy, and Spree, it refused to comply to this Court's TRO order by simply stating it was "not a party to this litigation nor bound by the Sealed TRO." (Exhibit IV)

Plaintiff has not received email contact information, nor been able to impose asset frozen to the following five Defendants: Knowza, Newway, Maxcozy, Sweet Candy, and Spree.

The other Defendants, namely, Da Boom, Angmile, Tempgair and Orchip, have been jointly represented by attorneys from Ford Banister IP. Currently, Plaintiff and these Defendants are actively engaging settlement negotiations, and a 30-day extension of the answer deadline is agreed by two sides.

---

[1] Joybuy, Joybuy Fashion, and Joybuy Express are collectively referred as Joybuy Defendant.

DATED December 1, 2022.                    Respectfully submitted,


                                           /s/ Zhangyuan Ji
                                           Shen Wang (ILND Bar No. 6314224)
                                           Hao Tan (ILND Bar No. 6314119)
                                           Haoyi Chen (*pro hac vice* application to be sought)
                                           Zhangyuan Ji (ILND Bar No. 6336107)
                                           ARCH & LAKE LLP
                                           203 North LaSalle Street
                                           Suite 2100
                                           Chicago, Illinois 60601
                                           636-236-5390 (Shen Wang)
                                           312-375-9408 (Hao Tan)
                                           346-335-9890 (Haoyi Chen)
                                           773-680-9572 (Zhangyuan Ji)
                                           shenwang@archlakelaw.com
                                           haotan@archlakelaw.com
                                           haoyichen@archlakelaw.com
                                           ellen@archlakelaw.com


                                           *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the __December 1__, 2022, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ Zhangyuan Ji
Zhangyuan Ji
ARCH & LAKE LLP
203 North LaSalle Street
Suite 2100
Chicago, Illinois 60601
773-680-9572
ellen@archlakelaw.com