UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Junzhou Huang
                                                  Plaintiff,

v.
                                                  Case No.:
                                                  1:22–cv–00809
                                                  Honorable Edmond E.
                                                  Chang

Partnerships and unincorporated Associations
Identified in Schedule A, et al.
                                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 8, 2022:

      MINUTE entry before the Honorable Edmond E. Chang: (1.) On review of the status report, R. 47, the Plaintiff has not received email contact information for the following five Defendants: Knowza, Newway, Maxcozy, Sweet Candy, and Spree. The other Defendants, namely, Da Boom, Angmile, Temgpair and Orchip, are jointly represented by attorneys from Ford Banister IP and those parties are in active settlement negotiations. The tracking status hearing of 12/09/2022 is reset to 01/27/2023 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Instead, the parties shall file a detailed status report by 01/20/2023. Also, if the other Defendants are in default and are not in settlement negotiations, then the Plaintiff shall file a motion for default judgment in a sum certain by 01/12/2023. (Obviously, the Plaintiff must accomplish service as previously authorized.) (2.) On review of the status report and exhibits on how the Joybuy entities' accounts came to be restrained, R. 48, 49, the Court admonishes the Plaintiff and its counsel that when provisional relief is granted to restrain accounts of funds "associated with" the accounts "owned or operated" by the Defendants, the term "associated with" is ***not*** intended to allow the broad–based restraint that happened in this case. From now on, in this case and others filed by the Plaintiff's counsel on Judge Chang's docket, proposed provisional–relief orders shall use the term "of" rather than "associated with." The Plaintiff and the Plaintiffs in future cases may lodge their objections on the record, but the proposed orders must conform to this admonition. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please

refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.