# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Junzhou Huang

                                   Plaintiff,

v.
                                               Case No.:
                                               1:22−cv−00809
                                               Honorable Edmond E. Chang

Partnerships and unincorporated Associations
Identified in Schedule A, et al.

                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 2, 2023:

        MINUTE entry before the Honorable Edmond E. Chang: On review of the status report, R. 56, the Plaintiff plans on voluntarily dismissing Defendants Newway (378), Knowza (343), Maxcozy (349), Spree (388), and Sweet Candy (368). Defendants Da Boom, Angmile, Temgpair and Orchip are in settlement discussions with the Plaintiff. As requested the answer deadline for those Defendants is extended to 02/08/2023. The tracking status hearing of 02/17/2023 is reset to 02/24/2023 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Instead, the parties shall file a status report by 02/17/2023. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.