IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JUNZHOU HUANG,<br><br>        Plaintiff,<br><br> v.<br><br>Partnerships and Unincorporated Associations identified in Schedule A<br><br>        Defendants. | Case No.: 22-cv-00809<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, JUNZHOU HUANG, hereby voluntarily dismisses Magazine (Defendant #2), Knowza (Defendant #3), Newway (Defendant #4), Amazing Fashion Decoration (Defendant #5), MaxCozy (Defendant #6), Sweet Candy (Defendant #7), Spree (Defendant #9) listed in the Second Amended Complaint all claims in this action WITHOUT PREJUDICE to pursue such claims.


DATED March 3, 2023.      Respectfully submitted,

              /s/ Zhangyuan Ji
              Shen Wang (ILND Bar No. 6314224)
              Hao Tan (ILND Bar No. 6314119)
              Haoyi Chen (*pro hac vice* application to be sought)
              Zhangyuan Ji (ILND Bar No. 6336107)
              ARCH & LAKE LLP
              203 North LaSalle Street
              Suite 2100

Chicago, Illinois 60601
636-236-5390 (Shen Wang)
312-375-9408 (Hao Tan)
346-335-9890 (Haoyi Chen)
773-680-9572 (Zhangyuan Ji)
shenwang@archlakelaw.com
haotan@archlakelaw.com
haoyichen@archlakelaw.com
ellen@archlakelaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the March 3, 2023, I electronically filed the above document with the Clerk of Court using the Court's CM/ECF system, which will send electronic notification of this filing to all counsel of record.

/s/ Zhangyuan Ji
Zhangyuan Ji
ARCH & LAKE LLP
203 North LaSalle Street
Suite 2100
Chicago, Illinois 60601
773-680-9572
ellen@archlakelaw.com