IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JUNZHOU HUANG,<br><br>       Plaintiff,<br><br> v.<br><br>Partnerships and Unincorporated Associations identified in Schedule A<br><br>       Defendants. | Case No.: 22-cv-00809<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, JUNZHOU HUANG, hereby voluntarily dismisses Da Boom (Defendant No. 1) and Angmile (Defendant No. 8) listed in the Second Amended Complaint all claims in this action WITHOUT PREJUDICE to pursue such claims.

DATED May 29, 2023.    Respectfully submitted,

                /s/ Zhangyuan Ji
                Shen Wang (ILND Bar No. 6314224)
                Hao Tan (ILND Bar No. 6314119)
                Haoyi Chen (*pro hac vice* application to be sought)
                Zhangyuan Ji (ILND Bar No. 6336107)
                ARCH & LAKE LLP
                203 North LaSalle Street
                Suite 2100
                Chicago, Illinois 60601
                636-236-5390 (Shen Wang)
                312-375-9408 (Hao Tan)
                346-335-9890 (Haoyi Chen)
                773-680-9572 (Zhangyuan Ji)

shenwang@archlakelaw.com
haotan@archlakelaw.com
haoyichen@archlakelaw.com
ellen@archlakelaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the May 29, 2023, I electronically filed the above document with the Clerk of Court using the Court's CM/ECF system, which will send electronic notification of this filing to all counsel of record.

/s/ Zhangyuan Ji
Zhangyuan Ji
ARCH & LAKE LLP
203 North LaSalle Street
Suite 2100
Chicago, Illinois 60601
773-680-9572
ellen@archlakelaw.com