IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JUNZHOU HUANG,<br><br>                      Plaintiff,<br><br>  v.<br><br>Partnerships and Unincorporated Associations identified in Schedule A<br><br>                      Defendants. | Case No.: 22-cv-00809<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, JUNZHOU HUANG, hereby voluntarily dismisses Temgpair (Defendant # 10) and Orchip (Defendant # 11) listed in the Second Amended Complaint all claims in this action WITHOUT PREJUDICE to pursue such claims.

DATED September 5, 2023.                Respectfully submitted,

                                            /s/ Zhangyuan Ji
                                            Shen Wang (ILND Bar No. 6314224)
                                            Hao Tan (ILND Bar No. 6314119)
                                            Haoyi Chen (*pro hac vice* application to be sought)
                                            Zhangyuan Ji (ILND Bar No. 6336107)
                                            ARCH & LAKE LLP
                                            203 North LaSalle Street
                                            Suite 2100
                                            Chicago, Illinois 60601
                                            636-236-5390 (Shen Wang)
                                            312-375-9408 (Hao Tan)
                                            346-335-9890 (Haoyi Chen)

773-680-9572 (Zhangyuan Ji)
shenwang@archlakelaw.com
haotan@archlakelaw.com
haoyichen@archlakelaw.com
ellen@archlakelaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the September 5, 2023, I electronically filed the above document with the Clerk of Court using the Court's CM/ECF system, which will send electronic notification of this filing to all counsel of record.

/s/ Zhangyuan Ji
Zhangyuan Ji
ARCH & LAKE LLP
203 North LaSalle Street
Suite 2100
Chicago, Illinois 60601
773-680-9572
ellen@archlakelaw.com